# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

TIMMY L. SPRADLIN     PLAINTIFF

v.     CIVIL ACTION NO. 1:17-cv-00155-GHD-RP

ITAWAMBA COUNTY SCHOOL DISTRICT
AND JOHN DOES 1-20     DEFENDANTS

## ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT AND DISMISS

Before this court is the Parties' Joint Motion to Approve Settlement and Dismiss. The Court finds that the instant Complaint was filed alleging a violation of the Fair Labor Standards Act ("FLSA"). The Court finds that the litigation in this matter is predicated on a bona fide dispute about regular and overtime hours worked and exempt status. The Court finds that the settlement is fair and equitable and is not a compromise of guaranteed substantive rights.

Accordingly, the Court ORDERS that:

1. The Joint Motion to Approve Settlement and Dismiss [23] is GRANTED;
2. The Settlement Agreement between the parties is APPROVED,
3. The claims in this case are DISMISSED; and
4. This case is CLOSED.

SO ORDERED, this, the 7* day of June, 2018.

_____
SENIOR U.S. DISTRICT JUDGE